```
 1 | Christopher T. Holland (State Bar No. 164053)
   | Anne E. Kearns (State Bar No. 183336)
 2 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   | 114 Sansome Street, Suite 400
 3 | San Francisco, CA 94104
   | Phone:    (415) 249-8330
 4 | Fax:      (415) 249-8333
   | Email:    cholland@kksrr.com
 5 |
   | Karen R. Thorland (State Bar No. 172092)
 6 | LOEB & LOEB LLP
   | 10100 Santa Monica Boulevard, Suite 2200
 7 | Los Angeles, California 90067-4120
   | Telephone:    310-282-2000
 8 | Facsimile:    310-282-2200
   | Email:    kthorland@loeb.com
 9 |
   | Attorneys for Plaintiffs
10 | COLUMBIA PICTURES FILM
   | PRODUCTION ASIA LIMITED and
11 | TWENTIETH CENTURY FOX FILM
   | CORPORATION
12 |                 UNITED STATES DISTRICT COURT
13 |                NORTHERN DISTRICT OF CALIFORNIA
14 |                      SAN JOSE DIVISION
15 | COLUMBIA PICTURES FILM          )  Case No. C-06-01924 MHP
   | PRODUCTION ASIA LIMITED, a Hong )
16 | Kong corporation; and TWENTIETH )  [Case assigned to Hon. Marilyn
   | CENTURY FOX FILM CORPORATION, a )  Hall Patel]
17 | Delaware corporation,           )
   |                                 )  STIPULATION FOR DISMISSAL
18 |         Plaintiffs,             )
   |                                 )
19 |    vs.                          )
   |                                 )
20 | SHELLEY NEWKIRK,                )
   |                                 )
21 |         Defendant.              )
   |                                 )
22 | ─────────────────────────────────
```

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1567896.1
20568710268
08/16/2006 kt

Case No.  C-06-01924 MHP
STIPULATION FOR DISMISSAL

1     It is hereby stipulated by and between the parties to this
2 action that, pursuant to a settlement agreement, the above-
3 captioned action, including all claims asserted therein, be and
4 hereby is dismissed with prejudice pursuant to Federal Rule of
5 Civil Procedure 41(a)(1), each side to bear its own costs and
6 attorneys' fees.

8 Dated: August 22, 2006   Christopher T. Holland (SBN 164053)
                                      Anne E. Kearns (SBN 183336)
9                                   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

10                                Karen R. Thorland (SBN 172092)
                                  LOEB & LOEB LLP

13                                By: _____[signature]_____
                                    Christopher T. Holland
14                                Attorneys for Plaintiffs
                               COLUMBIA PICTURES FILM PRODUCTION
15                                ASIA LTD. and TWENTIETH CENTURY FOX
                               FILM CORPORATION

17 Dated: August  , 2006   David L. Abney
18                                LAW OFFICES OF CHARLES M. BREWER, LTD.

20                                By: _____[signature]_____
21                                     David L. Abney
                               Attorneys for Defendant

August 29, 2006

IT IS SO ORDERED
[signature]
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. C 06-01924 MHP
STIPULATION FOR DISMISSAL

2